IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


JASON ALLEN CALHOUN,

       Appellant,

v.                                                                    Case No.  5D22-633
                                                                      LT Case No. 2008-CF-001846-A

STATE OF FLORIDA,

       Appellee.

_____/

Opinion filed February 3, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Jason Allen Calhoun, Wewahitchka,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

      This Court previously affirmed the trial court's order denying

Appellant's motion for relief in Lake County Circuit Court Case No. 2008-CF-

001846-A.   Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Lake County Circuit Court Case No. 2008-CF-001846-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.